IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CR 2-93-02 |
| | ) |
| FREDERICK GRAVELY, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this _2d_ day of _May_, 2007, upon Granting the Petition for Revocation of Supervised Release;

IT IS HEREBY ORDERED that the Defendant be incarcerated for a term of **12 months and 1 day**.

In addition, it is recommended that the further supervised release shall not be ordered.

_Donetta F. Ambrose_
Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record
      US Marshal
      US Probation
      Bureau of Prison